## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 1256 | **DATE** | 8/17/2006 |
| **CASE TITLE** | Safford vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion to dismiss is granted as to Counts 3 & 4, and denied as ato Counts 1 & 2. Answer to Counts 1 & 2 is due 9/7.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|