# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 1256 | **DATE** | 9/20/2006 |
| **CASE TITLE** | Safford vs. The City of Chicago | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal. It is ordered that all claims of plaintiff, against defendants, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the release and settlement agreement. The Court retains jurisdiction to enforce the provisions of the release and settlement agreement. Clerk of Court is directed to term all pending motions and deadlines.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|